**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| CARL KIRK, | ) | |
| | ) | |
| Petitioner, | ) | |
| v. | ) | No. 1:06-cv-1061-RLY-WTL |
| | ) | |
| MADISON COUNTY SHERIFF | ) | |
| DEPARTMENT, | ) | |
| | ) | |
| Respondent. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: July 19, 2006

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Carl H. Kirk
Madison County Jail
720 Central Avenue
Anderson, IN 46016