## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARL KIRK, )<br>)<br>Petitioner, )<br>v. )<br>)<br>MADISON COUNTY SHERIFF )<br>DEPARTMENT, )<br>)<br>Respondent. ) | No. 1:06-cv-1061-RLY-WTL |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: July 19, 2006

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Carl H. Kirk
Madison County Jail
720 Central Avenue
Anderson, IN 46016