UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CARL KIRK, | ) |
|        Petitioner, | ) |
| v. | ) No. 1:06-cv-1061-RLY-WTL |
| SUPERINTENDENT, Westville Correctional Facility, | ) |
|        Respondent. | ) |

### E N T R Y

Mr. Kirk's petition for a writ of habeas corpus was denied because he failed to exhaust available state court remedies. Judgment was entered on the docket on July 19, 2006. He filed a notice of appeal on June 11, 2007. This notice of appeal was patently untimely, but was nonetheless processed. The court has also recently declined to issue a certificate of appealability and has substituted Mr. Kirk's present custodian as the respondent.

On June 27, 2007, Mr. Kirk filed a "motion to join additional information." In this motion, Mr. Kirk supplies information concerning the disposition of his appeal in the Indiana courts. Based on his description, that appeal was concluded in April 2007, long after this case had been dismissed, and was resolved in a manner unsatisfactory to him because of the poor performance of his attorney. There is no request for relief in the body of this motion.

Insofar as the motion described above can be understood as simply informing the court of the further developments of Mr. Kirk's challenge to his conviction in the Indiana courts, the motion is **granted.** Insofar as that motion could be construed as seeking any procedural or substantive relief from the disposition in this action, however, the motion is **denied.**

**IT IS SO ORDERED**.

Date: 06/29/2007

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Carl H. Kirk
DOC #853462
Westville Correctional Center
P.O. Box 473
Westville, IN 46391-0473